Not For Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN MALCOLM, | : |
| Petitioner, | : Civil Action No. 17-6339 (ES) |
| v. | : |
| STATE OF NEW JERSEY, | : MEMORANDUM ORDER |
| Respondent. | : |

**SALAS, DISTRICT JUDGE**

It appearing that:

1. This matter is before the Court on the submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 by Petitioner Sean Malcolm ("Petitioner"). (D.E. No. 1).

2. Since the inception of this case, the Court has informed Petitioner several times regarding the deficiencies in his Petition and request for a stay. (*See* D.E. Nos. 2, 6, 8 & 10). The Court will not re-state the procedural history again in this Order, but suffice it to say that Petitioner has been given ample opportunity to file a habeas petition which clearly and specifically identifies his grounds for relief, as well as a properly supported motion for a stay if any of his claims are unexhausted. (*Id.*).

3. In his most recent submission, Petitioner acknowledges that he has failed to comply with the Court's prior instructions. (D.E. No. 12). According to Petitioner, he has been unable to do so because he has been ill and housed in the administrative segregation infirmary, with no

access to the law library.  (*Id.*).  He advised that he is expecting to be transferred to New Jersey State Prison in the near future and would have access to legal help at that time.  (*Id.*).[1]

4.  In light of his pro se status, and the limitations due to his illness, the Court will give Petitioner a **final** opportunity to file an amended petition which clearly identifies all federal grounds for habeas relief and any supporting facts.   If any of the claims contained in the amended petition are unexhausted, Petitioner must also file a motion for a stay which shows that his unexhausted claims are potentially meritorious; that he has good cause for failing to exhaust; and the absence of intentionally dilatory litigation tactics.  *Rhines*, 544 U.S. at 278.

IT IS therefore on this 6th day of August 2019,

**ORDERED** that within 45 days of the date of this Order, Petitioner must submit an amended petition which clearly identifies all grounds for habeas relief, as well as the facts supporting each ground; if any of the claims contained in the amended petition are unexhausted, Petitioner must also file a motion for a stay; if Petitioner fails to submit an amended petition, the Court will only adjudicate those claims in the original Petition which comply with Rule 2; and it is further

**ORDERED** that the Clerk of the Court ADMINISTRATIVELY TERMINATE this matter at this time; upon receipt of an amended petition from Petitioner, or the expiration of the time to submit an amended petition, the Court will re-open the case to adjudicate the relevant issues; and it is further

---

[1]  The Court notes that according to the New Jersey Department of Corrections Inmate Locator Database, it appears that Petitioner was in fact transferred to New Jersey State Prison after he submitted his letter.  *See* https://www20.state.nj.us/DOC_Inmate/details?x=1318099&n=0.

**ORDERED** that the Clerk of the Court serve a copy of this Order upon Petitioner by regular U.S. mail at New Jersey State Prison.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**